

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEITH BAXTER ALEXANDER, | § | No. 08-14-00102-CR |
| Appellant, | § | Appeal from the |
| v. | § | 371st Judicial District Court |
| | § | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | (TC# 1337633D) |
| State. | § | |

# **O R D E R**

The Court GRANTS the Appellant's fifth motion for extension of time to file the brief until **March 7, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Wm. Reagan Wynn, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before March 7, 2015.

IT IS SO ORDERED this 23rd day of February, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.